UNITED STATES of America, Plaintiff-Appellee

v.

Shane Michael DREYER, Defendant-Appellant

No. 16-11579

Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed December 21, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Shane Michael Dreyer, Pro Se

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Shane Michael Dreyer has moved for leave to withdraw and has filed briefs pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dreyer has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.